| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-10926-AMC**

Belinda Harris-Lewis  
1833 Wilmot Street  
Philadelphia  PA    19124

Petition Filed Date: 02/14/2020  
341 Hearing Date: 03/27/2020  
Confirmation Date: 11/18/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/24/2020 | $265.00 | 6761924 | 03/09/2020 | $275.00 | 6772163 | 03/17/2020 | $275.00 | 6782837 |
| 04/27/2020 | $275.00 | 6802407 | 04/29/2020 | $275.00 | 6810648 | 04/29/2020 | $275.00 | 6794599 |
| 05/27/2020 | $275.00 | 6823487 | 06/12/2020 | $275.00 | 6830635 | 06/30/2020 | $275.00 | 6839194 |
| 07/08/2020 | $275.00 | 6847204 | 07/24/2020 | $275.00 | 6854795 | 08/05/2020 | $275.00 | 6863137 |
| 08/18/2020 | $275.00 | 6868917 | 09/01/2020 | $297.50 | 6878367 | 09/17/2020 | $297.50 | 6885788 |
| 09/29/2020 | $297.50 | 6893736 | 10/14/2020 | $297.50 | 6903422 | 10/28/2020 | $297.50 | 6914446 |
| 11/10/2020 | $297.50 | 6923282 | 11/30/2020 | $297.50 | 6932200 | 12/09/2020 | $297.50 | 6941987 |
| 01/04/2021 | $297.50 | 6951523 | 01/12/2021 | $297.50 | 6960909 | 01/21/2021 | $297.50 | 6969164 |
| 02/17/2021 | $297.50 | 6978077 | 02/24/2021 | $297.50 | 6986552 | 03/22/2021 | $297.50 | 7006446 |
| 04/06/2021 | $297.50 | 7015336 | 04/14/2021 | $297.50 | 7023306 | 04/27/2021 | $297.50 | 7032690 |
| 05/12/2021 | $297.50 | 7042412 | 06/01/2021 | $297.50 | 7053588 | | | |

**Total Receipts for the Period:  $9,217.50    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $9,217.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Belinda Harris-Lewis | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $3,244.00 | $3,244.00 | $0.00 |
| 1 | PHILADELPHIA FEDERAL CREDIT U<br>»» 001 | Unsecured Creditors | $519.50 | $0.00 | $519.50 |
| 2 | MERRICK BANK<br>»» 002 | Unsecured Creditors | $977.57 | $0.00 | $977.57 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $325.50 | $0.00 | $325.50 |
| 4 | PINNACLE CREDIT SERVICES LLC<br>»» 004 | Unsecured Creditors | $421.51 | $0.00 | $421.51 |
| 5 | PINNACLE CREDIT SERVICES LLC<br>»» 005 | Unsecured Creditors | $1,037.66 | $0.00 | $1,037.66 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $694.59 | $0.00 | $694.59 |
| 7 | PHILADELPHIA GAS WORKS<br>»» 007 | Unsecured Creditors | $66.81 | $0.00 | $66.81 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 08P | Priority Crediors | $2,340.02 | $2,340.02 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 08U | Unsecured Creditors | $100.00 | $0.00 | $100.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $421.13 | $0.00 | $421.13 |

| 11 | COMMUNITY LOAN SERVICING LLC<br>»» 010 | Mortgage Arrears | $24,080.75 | $2,411.20 | $21,669.55 |
| 12 | CITY OF PHILADELPHIA (LD)<br>»» 011 | Secured Creditors | $1,681.84 | $168.40 | $1,513.44 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,217.50 | Current Monthly Payment: | $595.00 |
| Paid to Claims: | $8,163.62 | Arrearages: | $75.00 |
| Paid to Trustee: | $786.13 | Total Plan Base: | $36,067.50 |
| Funds on Hand: | $267.75 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/**
  **for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.