```
              IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

       IN RE:                  :     CHAPTER 13
                               :
       Belinda Harris-Lewis    :     No.  20-10926-AMC
             Debtor            :
```

ANSWER TO MOTION OF COMMUNITY LOAN SERVICING, LLC. f/k/a BAYVIEW LOAN SERVICING, LLC FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 AND CERTIFICATE OF SERVICE

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted. Debtor asks for a chance to get caught up on any missed payments as she was out of work for 3 weeks due to Covid.

7. Denied for lack of proof.

8. Denied.

9. Denied.

10. No response required.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 01/14/2022

A copy of this Answer is being served on Rebecca Ann Solarz, Esquire, and the Chapter 13 Trustee.