| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 20-10926-AMC**

| | |
|---|---|
| Belinda Harris-Lewis | Petition Filed Date: 02/14/2020 |
| 1833 Wilmot Street | 341 Hearing Date: 03/27/2020 |
| Philadelphia  PA    19124 | Confirmation Date: 11/18/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/06/2021 | $297.50 | 7015336 | 04/14/2021 | $297.50 | 7023306 | 04/27/2021 | $297.50 | 7032690 |
| 05/12/2021 | $297.50 | 7042412 | 06/01/2021 | $297.50 | 7053588 | 06/14/2021 | $297.50 | 7062153 |
| 06/23/2021 | $297.50 | 7072083 | 07/09/2021 | $297.50 | 7082760 | 07/21/2021 | $297.50 | 7092384 |
| 08/04/2021 | $297.50 | 7102966 | 08/23/2021 | $297.50 | 7113299 | 09/01/2021 | $297.50 | 7123138 |
| 09/15/2021 | $297.50 | 7132775 | 09/29/2021 | $297.50 | 7142481 | 10/25/2021 | $297.50 | 7153672 |
| 10/28/2021 | $297.50 | 7163647 | 11/10/2021 | $297.50 | 7175518 | 11/30/2021 | $297.50 | 7187305 |
| 12/21/2021 | $297.50 | 7198331 | 12/29/2021 | $297.50 | 7209758 | 01/06/2022 | $297.50 | 7222549 |
| 01/27/2022 | $297.50 | 7233347 | 02/08/2022 | $297.50 | 7244148 | 02/22/2022 | $297.50 | 7255501 |
| 03/04/2022 | $297.50 | 7266085 | 03/21/2022 | $297.50 | 7276551 | 03/30/2022 | $297.50 | 104 |
| 04/18/2022 | $297.50 | 107 | 04/27/2022 | $297.50 | 109 | 05/11/2022 | $297.50 | 112 |
| 05/31/2022 | $297.50 | 116 | 06/17/2022 | $297.50 | 122 | 07/19/2022 | $297.50 | 124 |
| 07/19/2022 | $297.50 | 131 | 07/26/2022 | $297.50 | 127 | 08/03/2022 | $297.50 | 136 |

**Total Receipts for the Period: $10,710.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $18,440.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Belinda Harris-Lewis | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $3,244.00 | $3,244.00 | $0.00 |
| 1 | PHILADELPHIA FEDERAL CREDIT U<br>»» 001 | Unsecured Creditors | $519.50 | $0.00 | $519.50 |
| 2 | MERRICK BANK<br>»» 002 | Unsecured Creditors | $977.57 | $0.00 | $977.57 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $325.50 | $0.00 | $325.50 |
| 4 | PINNACLE CREDIT SERVICES LLC<br>»» 004 | Unsecured Creditors | $421.51 | $0.00 | $421.51 |
| 5 | PINNACLE CREDIT SERVICES LLC<br>»» 005 | Unsecured Creditors | $1,037.66 | $0.00 | $1,037.66 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $694.59 | $0.00 | $694.59 |
| 7 | PHILADELPHIA GAS WORKS<br>»» 007 | Unsecured Creditors | $66.81 | $0.00 | $66.81 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 08P | Priority Crediors | $2,340.02 | $2,340.02 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 08U | Unsecured Creditors | $100.00 | $0.00 | $100.00 |

**Chapter 13 Case No. 20-10926-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $421.13 | $0.00 | $421.13 |
| 11 | COMMUNITY LOAN SERVICING LLC »» 010 | Mortgage Arrears | $24,080.75 | $9,051.76 | $15,028.99 |
| 12 | CITY OF PHILADELPHIA (LD) »» 011 | Secured Creditors | $1,681.84 | $632.20 | $1,049.64 |
| 13 | COMMUNITY LOAN SERVICING LLC »» 10P | Secured Creditors | $5,027.44 | $547.14 | $4,480.30 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $500.00 | $0.00 | $500.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,440.00 | Current Monthly Payment: | $458.00 |
| Paid to Claims: | $15,815.12 | Arrearages: | ($1,029.50) |
| Paid to Trustee: | $1,577.48 | Total Plan Base: | $42,600.50 |
| Funds on Hand: | $1,047.40 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.