# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Belinda Harris-Lewis aka Belinda Harris<br>Debtor(s) | Chapter 13 |
| NATIONSTAR MORTGAGE LLC<br>v.<br>Belinda Harris-Lewis aka Belinda Harris<br>and<br>Scott F. Waterman<br>Trustee | NO. 20-10926 AMC |

## ORDER

AND NOW, this _____ day of _____, 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on February 25, 2022 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow NATIONSTAR MORTGAGE LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1833 Wilmot Street Philadelphia, PA 19124.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: December 19, 2022**

United States Bankruptcy Judge.

cc: See attached service list

Belinda Harris-Lewis aka Belinda Harris
1833 Wilmot St
Philadelphia, PA 19124

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

David M. Offen Esq.
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532