**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
| **Belinda Harris-Lewis**<br>**xxx-xx-4126** | : | **Case No. 20-10926-AMC** |
| **Debtor** | | |

**ORDER**

AND NOW, this _____ day of _____, 2023, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

**Date: February 21, 2023**

_____
**HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE**