United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Belinda Harris-Lewis  
    Debtor

Case No. 20-10926-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Apr 19, 2023      Form ID: pdf900      Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Belinda Harris-Lewis, 1833 Wilmot Street, Philadelphia, PA 19124-3309 |
| 14567541 | + | Community Loan Servicing, LLC. f/k/a Bayview Loan, C/O Rebecca Ann Solarz, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14467989 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14467990 | + | Philadelphia Fed Cr Un, 12800 West Townsend, Philadelphia, PA 19154-1095 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 19 2023 23:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| crcmch | | Email/Text: megan.harper@phila.gov | Apr 19 2023 23:55:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 19 2023 23:55:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14467980 | | Email/PDF: ebn_ais@aisinfo.com | Apr 20 2023 00:07:50 | American InfoSource LP, agent for Verizo, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14472913 | + | Email/Text: ecfbnc@aldridgepite.com | Apr 19 2023 23:55:00 | BAYVIEW LOAN SERVICING, LLC, Janet M. Spears, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14467981 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 19 2023 23:55:00 | Bayview Financial Loan, Attn: Customer Service Dept, 4425 Ponce De Leon Blvd, 5th Floor, Miami, FL 33146-1873 |
| 14493114 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 19 2023 23:55:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 14467982 | | Email/Text: megan.harper@phila.gov | Apr 19 2023 23:55:00 | City of Philadelphia, Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14523612 | | Email/Text: megan.harper@phila.gov | Apr 19 2023 23:55:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14549633 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 19 2023 23:55:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14567169 | ^ | MEBN | | |

Case 20-10926-amc   Doc 92   Filed 04/21/23   Entered 04/22/23 00:29:15   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 19, 2023 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 19 2023 23:49:52 | Community Loan Servicing, LLC. f/k/a Bayview Loan, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14467983 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 20 2023 00:07:41 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14467984 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 19 2023 23:55:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14467985 | ^ | MEBN | Apr 19 2023 23:49:54 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14473625 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 20 2023 00:07:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14467986 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 20 2023 00:07:46 | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14718979 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 19 2023 23:55:00 | NATIONSTAR MORTGAGE LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 14703391 | + | Email/Text: RASEBN@raslg.com | Apr 19 2023 23:55:00 | Nationstar Mortgage LLC, c/o CHARLES WOHLRAB, Robertson Anschutz Schneid Crane Partner, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14485919 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 20 2023 00:07:41 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14467987 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 19 2023 23:55:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14467988 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 19 2023 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14473626 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 20 2023 00:07:42 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14467991 | | Email/Text: bnc-quantum@quantum3group.com | Apr 19 2023 23:55:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14702970 | + | Email/Text: RASEBN@raslg.com | Apr 19 2023 23:55:00 | RAS Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14467992 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 20 2023 00:07:41 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14536183 | + | Email/Text: megan.harper@phila.gov | Apr 19 2023 23:55:00 | The City of Philadelphia, c/o Megan N. Harper, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14467997 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 19 2023 23:55:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LI |
| cr | | Community Loan Servicing, LLC |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |

Case 20-10926-amc    Doc 92    Filed 04/21/23    Entered 04/22/23 00:29:15    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 19, 2023 | Form ID: pdf900 | Total Noticed: 31 |

| | | |
|---|---|---|
| 14467993 | * | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14467994 | * | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14467995 | * | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14467996 | * | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14536185 | *+ | The City of Philadelphia, c/o Megan N. Harper, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |

TOTAL: 2 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2023            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2023 at the address(es) listed below:

**Name**          **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Community Loan Servicing  LLC. f/k/a Bayview Loan servicing, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor Nationstar Mortgage LLC cwohlrab@raslg.com

DAVID M. OFFEN
    on behalf of Debtor Belinda Harris-Lewis dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

MEGAN N. HARPER
    on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

MEGAN N. HARPER
    on behalf of Cred. Comm. Chair CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Nationstar Mortgage LLC mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Belinda Harris-Lewis

                  Debtor

Chapter 13

Bankruptcy No. 20-10926-AMC

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: April 19, 2023**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE