Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
### Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 20-10926-AMC

Belinda Harris-Lewis
1833 Wilmot Street
Philadelphia  PA    19124

Petition Filed Date: 02/14/2020
341 Hearing Date: 03/27/2020
Confirmation Date: 11/18/2020

### Case Status: Dismissed After Confirmation on 4/19/2023
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 08/03/2022 | $297.50 | 136 | 08/17/2022 | $297.50 | 138 | 08/31/2022 | $297.50 | 143 |
| 09/14/2022 | $297.50 | 146 | 09/27/2022 | $297.50 | 153 | 10/18/2022 | $297.50 | 155 |
| 10/25/2022 | $297.50 | 157 | 11/09/2022 | $297.50 | 159 | 11/23/2022 | $297.50 | 164 |
| 12/12/2022 | $297.50 | 167 | 12/20/2022 | $297.50 | 171 | 01/11/2023 | $297.50 | 175 |
| 01/23/2023 | $297.50 | 180 | 02/01/2023 | $297.50 | 185 | 02/15/2023 | $297.50 | 190 |
| 03/08/2023 | $297.50 | 196 | | | | | | |

**Total Receipts for the Period: $4,760.00   Amount Refunded to Debtor Since Filing: $13.97   Total Receipts Since Filing: $22,902.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Belinda Harris-Lewis | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $3,244.00 | $3,244.00 | $0.00 |
| 1 | PHILADELPHIA FEDERAL CREDIT U<br>»» 001 | Unsecured Creditors | $519.50 | $0.00 | $519.50 |
| 2 | MERRICK BANK<br>»» 002 | Unsecured Creditors | $977.57 | $0.00 | $977.57 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $325.50 | $0.00 | $325.50 |
| 4 | PINNACLE CREDIT SERVICES LLC<br>»» 004 | Unsecured Creditors | $421.51 | $0.00 | $421.51 |
| 5 | PINNACLE CREDIT SERVICES LLC<br>»» 005 | Unsecured Creditors | $1,037.66 | $0.00 | $1,037.66 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $694.59 | $0.00 | $694.59 |
| 7 | PHILADELPHIA GAS WORKS<br>»» 007 | Unsecured Creditors | $66.81 | $0.00 | $66.81 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 08P | Priority Crediors | $2,340.02 | $2,340.02 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 08U | Unsecured Creditors | $100.00 | $0.00 | $100.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $421.13 | $0.00 | $421.13 |
| 11 | RIGHTPATH SERVICING<br>»» 010 | Mortgage Arrears | $24,080.75 | $12,270.37 | $11,810.38 |
| 12 | CITY OF PHILADELPHIA (LD)<br>»» 011 | Secured Creditors | $1,681.84 | $843.02 | $838.82 |
| 13 | RIGHTPATH SERVICING<br>»» 10P | Secured Creditors | $5,027.44 | $1,506.64 | $3,520.80 |

**Chapter 13 Case No. 20-10926-AMC**

| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $750.00 | $750.00 | $0.00 |
| 0 | Belinda Harris-Lewis | Debtor Refunds | $13.97 | $13.97 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,902.50 | Current Monthly Payment: | $458.00 |
| Paid to Claims: | $20,968.02 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,934.48 | Total Plan Base: | $42,600.50 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.